Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

SUNRISE STORAGE AND WAREHOUSE CORPORATION, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — automobile truck struck by train at crossing — failure to warn of approach of train.*

*Sunrise Storage & Warehouse Corporation* v. *N. Y. Central R. R. Co.,* 196 App. Div. 945, affirmed.

(Argued October 12, 1922; decided October 27, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to personal property alleged to have been occasioned through the negligence of the defendant. Plaintiff's automobile truck was struck by one of defendant's trains at the Bedford road crossing over the tracks of the Harlem railroad in the village of Pleasantville. It was alleged that the train could not be seen by the chauffeur until it was within 100 feet of the crossing and that warning of its approach was not given.

*John F. Brennan* for appellant.

*Edwin S. Merrill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.

---

JOSEPH HUNTLEY, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.

*Negligence — railroads — injury to driver of wagon struck by trolley car.*

*Huntley* v. *Dry Dock, East Broadway & Battery R. R. Co.,* 194 App. Div. 968, affirmed.

(Argued October 13, 1922; decided October 27, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,